OWNERS' REALTY CO. v. BICKEL et al. (Circuit Court of Appeals, Fourth Circuit. December 1, 1915.) No. 1402. Petition to Superintend and Revise, in Matter of Law, Proceedings of the District Court of the United States at Baltimore, Md., in Bankruptcy. Petition to superintend and revise dismissed on motion of petitioner. John L. G. Lee, of Baltimore, Md., for petitioner. G. W. S. Musgrave and Donald B. Creecy, both of Baltimore, Md., for respondents.

---

P. J. WILLIS & BRO. v. TEMPLE. (Circuit Court of Appeals, Fifth Circuit. January 31, 1916.) No. 2854. Appeal from the District Court of the United States for the Eastern District of Texas; Gordon Russell, Judge. Oliver J. Todd, of Beaumont, Tex., for appellant. F. D. Minor and F. D. Minor, Jr., both of Beaumont, Tex., for appellee. Before PARDEE and WALKER, Circuit Judges, and NEWMAN, District Judge.

PER CURIAM. We find no prejudicial error in the rulings, conclusions, or decree of the court below. The decree appealed from is affirmed.

---

RANDALL et al. v. DAMPSKIBSSELSKABET DANNEBROG. (Circuit Court of Appeals, Fourth Circuit. November 15, 1915.) No. 1346. Appeal from the District Court of the United States for the District of Maryland, at Baltimore; John C. Rose, Judge. Daniel R. Randall, of Baltimore, Md. (R. E. Lee Marshall, of Baltimore, Md., on the brief), for appellants. John M. Woolsey, of New York City (Convers & Kirlin, of New York City, and Ritchie, Janney, Griswold & Hamilton, of Baltimore, Md., on the brief), for appellee. Before PRITCHARD, KNAPP, and WOODS, Circuit Judges.

PER CURIAM. The facts of this case are fully stated and discussed in the opinion of the court below (217 Fed. 902), and nothing would be gained by repetition. We agree with the learned District Judge that on the whole "the libelant has a little the better of the argument," and are therefore of opinion that the decree appealed from should be affirmed.

---

RUE v. UNITED STATES. (Circuit Court of Appeals, Fifth Circuit. December 23, 1915. Rehearing Denied January 17, 1916.) No. 2794. In Error to the District Court of the United States for the Eastern District of Texas; Gordon Russell, Judge. Cecil H. Smith, of Sherman, Tex., for plaintiff in error. Clarence Merritt, U. S. Atty., of McKinney, Tex. Before PARDEE and WALKER, Circuit Judges, and SPEER, District Judge.

PER CURIAM. On a full consideration of the transcript, we are unable to find any reversible error in the proceedings in the trial court. The undisputed evidence and the admitted facts fully warranted the verdict rendered. Judgment affirmed.

---

In re SILBERSTEIN. (Circuit Court of Appeals, Second Circuit. January 11, 1916.) No. 105. Appeal from the District Court of the United States for the Southern District of New York. Lesser Brothers, of New York City (W. Lesser, of New York City, of counsel), for appellant. Leopold Freiman and A. Rickman, both of New York City, for appellee. Before LACOMBE, COXE, and WARD, Circuit Judges.

PER CURIAM. Order (225 Fed. 665) affirmed. See, also, 227 Fed. 1021, ——. C. C. A. ——.